B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CATTLEMEN'S CUSTOM MEATS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**74-3146730** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1214 East 95th Street**<br>**Chicago, IL**<br>ZIP Code **60619** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) | Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**CATTLEMEN'S CUSTOM MEATS, INC.**

---

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

---

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

---

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**CATTLEMEN'S CUSTOM MEATS, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ David R. Brown** _____
Signature of Attorney for Debtor(s)

**David R. Brown**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

_____
Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**January 30, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph F. Casper** _____
Signature of Authorized Individual

**Joseph F. Casper**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 30, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**          ,    Case No. _____

                                          Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 643,015.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,167,603.52 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 2,461,754.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 643,015.00 | | |
| Total Liabilities | | | | 4,629,357.72 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**            ,         Case No. _____

                                                       Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **CATTLEMEN'S CUSTOM MEATS, INC.** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Signature Bank account no. xxxxxxxxxxxx7886 (overdrawn)** | - | 0.00 |
| | | **Chase Bank checking acct. 900912502** | - | 500.00 |
| | | **Chase Bank savings acct. 2961705833** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with Nicor** | - | 838.00 |
| | | **security deposit with Com Ed** | - | 5,100.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life insurance with Mass Mutual on life of Joseph Casper. Face value of $1,500,000.00. Beneficiaries are Frank Casper, Martin Casper and BizCapital** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    6,538.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.** ,                Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.** ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Isuzu refrigerator box truck (engine is blown and truck is not operable)** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous machinery, supplies and equipment leased from Marcella Lee.  Value is at book.** | - | 300,000.00 |
| | | **Debtor owned machinery and equipment. Value is book net of depreciation.** | - | 286,477.00 |
| | | **Tenderizer machine** | - | Unknown |
| 30. Inventory. | | **meat products and packaging inventory located on-site, at Ashland Cold Storage, and at Continental Cold Storage.** | - | 50,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     636,477.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CATTLEMEN'S CUSTOM MEATS, INC.**                                              ,        Case No. _____

                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **643,015.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**   Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **xx0145** | | secured loan | | | | | |
| **Biz Capital** 909 Poydras Street Suite 2230 New Orleans, LA 70112 | - | Miscellaneous machinery, supplies and equipment leased from Marcella Lee. Value is at book. | | | | | |
| | | Value $        **300,000.00** | | | | **1,989,403.52** | **1,689,403.52** |
| Account No. | | blanket security interest | | | | | |
| **Biz Capital** 909 Poydras Street Suite 2230 New Orleans, LA 70112 | | meat products and packaging inventory located on-site, at Ashland Cold Storage, and at Continental Cold Storage. | | | | | |
| | | Value $          **50,000.00** | | | | **0.00** | **0.00** |
| Account No. | | Debtor owned machinery and equipment. Value is book net of depreciation. | | | | | |
| **Biz Capital** 909 Poydras Street Suite 2230 New Orleans, LA 70112 | - | | | | | | |
| | | Value $        **286,477.00** | | | | **0.00** | **0.00** |
| Account No. | | receivables factoring | | | | | |
| **Crest Mark Bank** 5480 Corporate Drive Suite 350 Troy, MI 48098 | - | A/R | | | | | |
| | | Value $              **0.00** | | | | **0.00** | **0.00** |
| **1**    continuation sheets attached | | Subtotal (Total of this page) | | | | **1,989,403.52** | **1,689,403.52** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **CATTLEMEN'S CUSTOM MEATS, INC.**         ,    Case No. _____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| **Account No.**<br><br>**Great American Finance<br>20 North Wacker Drive<br>Suite 2275<br>Chicago, IL 60606** | - | | | **Tenderizer machine**<br><br><br><br>Value $          **Unknown** | | | | **10,000.00** | **Unknown** |
| **Account No.**<br><br>**Marcella Lee<br>807 Oakwood Lane<br>Westmont, IL 60559** | - | | | **equipment lease**<br><br>**Miscellaneous machinery, supplies and equipment leased from Marcella Lee. Value is at book.**<br><br>Value $       **300,000.00** | | | | **168,200.00** | **168,200.00** |
| **Account No.**<br><br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| **Account No.**<br><br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| **Account No.**<br><br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **178,200.00** | **168,200.00** |
| --- | --- | --- | --- |
|  | Total<br>(Report on Summary of Schedules) | **2,167,603.52** | **1,857,603.52** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re     **CATTLEMEN'S CUSTOM MEATS, INC.**                                          Case No. _____
                                                                      ,
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                                                        ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**3M**<br>**2807 Paysphere Circle**<br>**Chicago, IL 60674** | | - | | | **Testing Supplies** | | | | 3,598.38 |
| Account No.<br><br>**A-I Compressor Corp**<br>**679 W Winthrop**<br>**Addison, IL 60101** | | | | | **M&R** | | | | 325.00 |
| Account No.<br><br>**Abbyland Packing**<br>**PO Box 88840**<br>**Milwaukee, WI 53288** | | - | | | **Meat payable** | | | | 53,342.34 |
| Account No.<br><br>**Able Sewer**<br>**3024 E 79th Street**<br>**Posen, IL 60469** | | - | | | **M&R** | | | | 850.00 |
| __19__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 58,115.72 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **CATTLEMEN'S CUSTOM MEATS, INC.** ,   Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Accurate Scale**<br>**1735 W 38th Street**<br>**Chicago, IL 60609** | - | | Scales | | | | 1,635.04 |
| Account No.<br><br>**Al-Amin Brothers**<br>**PO Box 3176**<br>**Carol Stream, IL 60132** | - | | Transportation | | | | 2,903.06 |
| Account No.<br><br>**Aileys Welding**<br>**PO Box 429**<br>**Crescent City, IL 60928** | - | | M&R | | | | 1,440.00 |
| Account No.<br><br>**Alden Logistics**<br>**416 Akron Ave**<br>**Stuart, FL 34994** | - | | Transportation | | | | 8,344.80 |
| Account No.<br><br>**Allied Packaging**<br>**133 N 25th Ave**<br>**Melrose Park, IL 60160** | - | | Packaging | | | | 267.28 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,590.18

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATTLEMEN'S CUSTOM MEATS, INC.** ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | M&R | | | | |
| **American Pride Mechanical PO Box 5958 Elgin, IL 60121** | - | | | | | | 11,079.14 |
| Account No. | | | Pest Control | | | | |
| **Anderson Pest Control PO Box 600670 Jacksonville, FL** | - | | | | | | 1,733.46 |
| Account No. | | | Transportation | | | | |
| **Antler Trucking 3001 Broadway Saint Louis, MO 63147** | - | | | | | | 1,200.00 |
| Account No. | | | M&R | | | | |
| **Applied Industrial 22510 Network Place Chicago, IL 60673** | - | | | | | | 33.12 |
| Account No. | | | Cold Storage | | | | |
| **Ashland Cold Storage 65 S Barrington Rd Carpentersville, IL 60110** | - | | | | | | 28,100.46 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    42,146.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**_____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ATT PO Box 8100 Aurora, IL 60507** | - | | Telephone | | | | 522.68 |
| Account No. **Beacon Trucking 12527 Portland Avenue Thiensville, WI 53092** | - | | Transportation | | | | 350.00 |
| Account No. **Biro of Chicago 4637 W. Fullerton Chicago, IL 60639** | - | | Supplies | | | | 225.91 |
| Account No. **Budreck Trucking 8040 S Roberts Rd Bridgeview, IL 60455** | - | | Transportation | | | | 6,069.61 |
| Account No. **Busch LLC PO Box 100602 Atlanta, GA 30384** | - | | Parts for Machine | | | | 6,010.50 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,178.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**                                      ,   Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**BW Plastics**<br>**1620 Ave J**<br>**Council Bluffs, IA 51502** | | - | | Packaging | | | | 15,827.22 |
| Account No.<br><br>**Calument Diversified**<br>**PO Box 5997**<br>**Carol Stream, IL 60197** | | - | | Meat Payable | | | | 74,411.00 |
| Account No.<br><br>**Castle & Cook Cold Storage**<br>**450 Central Ave**<br>**University Park, IL 60484** | | - | | Cold Storage | | | | 167.67 |
| Account No.<br><br>**CH Robinson World Wide**<br>**PO Box 9121**<br>**Stetsonville, WI 54480** | | - | | Transportation | | | | 8,650.00 |
| Account No.<br><br>**Chartis**<br>**22427 Network Place**<br>**Chicago, IL 60673** | | - | | Workmans Comp | | | | 1,158.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    100,213.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **CATTLEMEN'S CUSTOM MEATS, INC.**_____,      Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Bank Line | | | | |
| Chase Bank Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | - | | | | | | | 9,000.00 |
| Account No. | | | | Fees | | | | |
| Chicago Department of Buildings 120 N Racine Chicago, IL 60607 | - | | | | | | | 1,625.00 |
| Account No. | | | | Uniforms | | | | |
| Cintas PO Box #5 Bedford Park, IL 60499 | - | | | | | | | 2,583.20 |
| Account No. | | | | Electric | | | | |
| Com Ed Bill Payment Center Chicago, IL 60674 | - | | | | | | | 11,487.68 |
| Account No. | | | | Knives | | | | |
| Cozzini Brothers 350 Howard Ave Des Plaines, IL 60018 | - | | | | | | | 651.73 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          25,347.61

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CATTLEMEN'S CUSTOM MEATS, INC.** ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Packaging | | | | |
| Creative Foods<br>1951 W 21st Street<br>Broadview, IL 60155 | | - | | | | | 1,032.11 |
| Account No. | | | Lab Testing | | | | |
| Don Levy Labs<br>11165 Delaware Parkway<br>Crown Point, IN 46307 | | - | | | | | 1,374.00 |
| Account No. | | | IT | | | | |
| Edict Systems<br>PO Box L 3115<br>Columbus, OH 43260 | | - | | | | | 165.00 |
| Account No. | | | Seasonings | | | | |
| Ettlinger Corp<br>175 Old Half Day<br>Suite 247<br>Elk Grove Village, IL 60009 | | - | | | | | 3,968.00 |
| Account No. | | | Seasoning | | | | |
| Excalibur Seasonings<br>1800 Riverway<br>Pekin, IL 61554 | | - | | | | | 9,792.65 |

Sheet no. __6___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **16,331.76**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | M&R | | | | |
| Fastenal PO Box 978 Winona, MN 55987 | - | | | | | | 1,520.83 |
| Account No. | | | | | | | |
| Federal Express 3875 Airways, Module H3 Dept. 4634 Memphis, TN 38116 | - | | | | | | 1,681.18 |
| Account No. | | | inventory | | | | |
| Fox De Luxe Foods 370 N Morgan Chicago, IL 60607 | - | | | | | | 4,664.80 |
| Account No. | | | Interest | | | | |
| Frank Casper 1149 Mistwood Ln Downers Grove, IL 60515 | - | | | | | | 941,069.00 |
| Account No. | | | | | | | |
| Frontier Trust 1126 Westtrac Drive Fargo, ND 58103 | - | | | | | | 495.00 |
| Sheet no. __7__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 949,430.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **CATTLEMEN'S CUSTOM MEATS, INC.** ,                Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Transportation | | | | |
| **G&J Trucking**<br>**24950 Ridgeland**<br>**Monee, IL 60449** | - | | | | | | **2,167.70** |
| Account No. | | | Cold Storage | | | | |
| **Geneva Lakes Cold Storage**<br>**PO Box 3036**<br>**Milwaukee, WI 53201** | - | | | | | | **217.60** |
| Account No. | | | Transportation | | | | |
| **Gonzales Trucking**<br>**3915 W 77th Street**<br>**Chicago, IL 60652** | - | | | | | | **95.00** |
| Account No. | | | General Insurance | | | | |
| **Grange Mutual**<br>**PO Box 88017**<br>**Chicago, IL 60680** | - | | | | | | **3,170.40** |
| Account No. | | | Meat Payable | | | | |
| **Grant Park Custom Meats**<br>**3434 Runge**<br>**Franklin Park, IL 60131** | - | | | | | | **317,951.75** |

Sheet no. __8___ of __19___ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)       **323,602.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Labels | | | | |
| Hi Teck Label PO Box 37712 Frankfort, IN 46041 | | - | | | | | 26,963.00 |
| Account No. | | | Labels | | | | |
| In Pro Graphics 1142 Birchdale Lane Aurora, IL 60504 | | - | | | | | 2,058.99 |
| Account No. | | | Supplies | | | | |
| Innovative Packaging 1849-B Elmdale Ave Glenview, IL 60026 | | - | | | | | 4,730.04 |
| Account No. | | | Supplies | | | | |
| Intertech Supplies 802 East Fairmont Street Allentown, PA 18109 | | - | | | | | 2,121.02 |
| Account No. | | | Transportation | | | | |
| J&D Brokerage PO Box 1218 Bedford Park, IL 60499 | | - | | | | | 1,840.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          37,713.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Parts for machine | | | | |
| **J&L Fasteners**<br>**680 Banbury Way**<br>**Bolingbrook, IL 60440** | - | | | | | | 247.74 |
| Account No. | | | Meat Payable | | | | |
| **Jason"s Foods**<br>**208 E Hellen Rd**<br>**Palatine, IL 60067** | - | | | | | | 85,367.00 |
| Account No. | | | business loan | | | | |
| **Joseph & Martin Casper**<br>**9329 Dralle Road**<br>**Frankfort, IL 60423** | - | | | | | | 250,737.00 |
| Account No. | | | Misc Expenses | | | | |
| **Joseph Casper**<br>**9329 Dralle Rd**<br>**Frankfort, IL 60423** | - | | | | | | 1,119.00 |
| Account No. | | | Rendering | | | | |
| **Kaluzny Brothers**<br>**1528 Mound Road**<br>**Joliet, IL 60436** | - | | | | | | 592.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

338,062.74

B6F (Official Form 6F) (12/07) - Cont.

In re **CATTLEMEN'S CUSTOM MEATS, INC.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kelles Transport<br>PO Box 71718<br>Salt Lake City, UT 84171** | - | | Transportation | | | | 4,570.79 |
| Account No.<br><br>**Level Industries<br>123 N Stanton Lane<br>Mount Prospect, IL 60056** | - | | M&R | | | | 3,266.45 |
| Account No.<br><br>**Lighthouse Printing<br>8940 W 192nd Street<br>Mokena, IL 60448** | - | | Printing Equipment & Supplies | | | | 7,263.21 |
| Account No.<br><br>**Mass Mutual<br>115 South LaSalle Street<br>Chicago, IL 60602** | - | | Life Insurance | | | | 897.62 |
| Account No.<br><br>**Metro Water Reclamation<br>Lockbox 98429<br>Chicago, IL 60693** | - | | sewer fees | | | | 4,626.64 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **20,624.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATTLEMEN'S CUSTOM MEATS, INC.** ,                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MJW Partners**<br>**101 N Wacker Drive**<br>**Suite 101**<br>**Chicago, IL 60606** | - | | Corporate Attorneys | | | | 19,993.61 |
| Account No.<br><br>**Most Valuable Personnel**<br>**666 Dundee Rd**<br>**Suite 201**<br>**Northbrook, IL 60062** | - | | Staffing company | | | | 165,331.75 |
| Account No.<br><br>**North South Bencoi**<br>**3374 Sterling Ridge Ct**<br>**Longwood, FL 32779** | - | | Meat Payable | | | | 9,457.40 |
| Account No.<br><br>**North South Protein**<br>**3373 Sterling Ridge Ct**<br>**Longwood, FL 32779** | - | | Meat Payable | | | | 9,308.66 |
| Account No.<br><br>**OSS Services**<br>**PO Box 6500**<br>**Dept 101**<br>**Chicago, IL 60680** | - | | Cleaning Services | | | | 19,873.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **223,964.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                                 ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Packall**<br>**2 Shaftsbury Lane**<br>**Brampton Ontario Ca** | | - | Packaging | | | | 6,029.22 |
| Account No.<br><br>**Pat Glim**<br>**16725 Leclaire**<br>**Oak Forest, IL 60452** | | - | Sales Expenses | | | | 957.31 |
| Account No.<br><br>**Peoples Energy**<br>**Chicago, IL 60687** | | - | Gas | | | | 786.91 |
| Account No.<br><br>**Perishable Distribution Systems**<br>**7501 Industrial Drive**<br>**Forest Park, IL 60130** | | - | Transporation | | | | 4,190.65 |
| Account No.<br><br>**Perry Hereas CPA**<br>**PO Box 25127**<br>**Chicago, IL 60625** | | - | Accountant | | | | 15,450.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **27,414.09**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Postage Meter | | | | |
| **Pitney Bowes** **PO Box 856390** **Louisville, KY 40285** | | | | | | | | 752.14 |
| Account No. | | - | | Supplies | | | | |
| **Polar Tech** **415 E Railroad** **Genoa, IL 60135** | | | | | | | | 493.53 |
| Account No. | | - | | Meat | | | | |
| **Ramarc Foods** **PO Box 679** **Orland Park, IL 60462** | | | | | | | | 35,481.11 |
| Account No. | | - | | Computer Services | | | | |
| **React Computers** **612 Executive Drive** **Willowbrook, IL 60527** | | | | | | | | 7,355.76 |
| Account No. | | - | | equipment repair | | | | |
| **Robert Reiser** **725 Dedham Street** **Canton, MA** | | | | | | | | 16,683.77 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **60,766.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | M&R | | | | |
| **Ross Industries**<br>**5321 Midland Road**<br>**Midland, VA 22728** | - | | | | | | 2,802.95 |
| Account No. | | | Meat Payable | | | | |
| **S.A.L. Meats, Inc**<br>**3730 Westlake Court**<br>**West Lafayette, IN 47906** | - | | | | | | 98,917.48 |
| Account No. | | | Commissions | | | | |
| **S.A.L. Meats, Inc**<br>**3730 Westlake Court**<br>**West Lafayette, IN 47906** | - | | | | | | 1,574.48 |
| Account No. | | | Water Testing | | | | |
| **Scientific Control Labs**<br>**3158 S Kolin Ave**<br>**Chicago, IL 60623** | - | | | | | | 1,540.00 |
| Account No. | | | Alarm System | | | | |
| **Security Services**<br>**1616 East Roosevelt Road**<br>**Suite 12**<br>**Wheaton, IL 60187** | - | | | | | | 312.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105,146.91

B6F (Official Form 6F) (12/07) - Cont.

In re **CATTLEMEN'S CUSTOM MEATS, INC.** ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Meat | | | | |
| Sherwood Foods 12499 Evergreen Road Detroit, MI 48228 | - | | | | | | 27,316.32 |
| Account No. | | | overdraft fees | | | | |
| Signature Bank 6400 N. Northwest Hwy Chicago, IL 60631 | - | | | | | | Unknown |
| Account No. | | | Meat Payable | | | | |
| Stap Inc 370 N Morgan Chicago, IL 60607 | - | | | | | | 4,664.80 |
| Account No. | | | M&R | | | | |
| Steve Krones 1134 E 2100 North Rd Danforth, IL 60930 | - | | | | | | 1,941.44 |
| Account No. | | | Janatorial | | | | |
| Swisher PO Box 473526 Charlotte, NC 28247 | - | | | | | | 2,508.83 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,431.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**        ,     Case No. _____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shipping | | | | |
| UPS 28013 Network Place Chicago, IL 60673 | | - | | | | | | 261.91 |
| Account No. | | | | Inspection OT | | | | |
| USDA PO Box 979001 Saint Louis, MO 63197 | | - | | | | | | 472.64 |
| Account No. | | | | Cold Storage | | | | |
| Versa Cold W8876 County Hwy X Darien, WI 53114 | | - | | | | | | 1,551.01 |
| Account No. | | | | M&R | | | | |
| Voss Equipment PO Box 757 Bedford Park, IL 60499 | | - | | | | | | 458.06 |
| Account No. | | | | Waste Removal | | | | |
| Waste Management PO Box 9001054 Louisville, KY 40290 | | - | | | | | | 2,035.35 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,778.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                              ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | IT | | | | | |
| **Web Enterprise Solutions** **4N129 Ferson Creek Road** **Saint Charles, IL 60174** | - | | | | | | 2,100.00 |
| Account No. | | | | | | | |
| **Weinstein Wholesale Meats, Inc.** **7501 Industrial Drive** **Forest Park, IL 60130** | - | | | | | | 6,809.16 |
| Account No. | | Packaging | | | | | |
| **Welch Packaging** **24775 Network Place** **Chicago, IL 60673** | - | | | | | | 26,646.95 |
| Account No. | | Packaging | | | | | |
| **Wetoska Packaging** **PO Box 112** **Evanston, IL 60204** | - | | | | | | 22,603.84 |
| Account No. | | M&R | | | | | |
| **Williams Consulting** **668 NE Rushbrook Dr** **Lees Summit, MO 64064** | - | | | | | | 4,928.50 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **63,088.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**                                    ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Zep Manufacturing**<br>**13237 Collections Center**<br>**Chicago, IL 60693** | - | | | **Supplies** | | | | **805.86** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **805.86** |
| | Total<br>(Report on Summary of Schedules) | **2,461,754.20** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Great American Finance, LLC**<br>**20 North Wacker Drive**<br>**Suite 2275**<br>**Chicago, IL 60606** | **Equipment lease of needler machine. Payments are $953/month.** |
| **Jaymar Realty, Inc.**<br>**1214 E 95th Street**<br>**Chicago, IL 60619** | **Building lease of 95th Street premises.  Lease is a five year lease expiring May 31, 2012. Monthly base rent is $4,200.** |
| **Marcella Lee, LLC**<br>**807 Oakwood**<br>**Westmont, IL** | **Equipment Lease running through December 31, 2012. Lease payments are $6,400.00 bi-weekly.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **CATTLEMEN'S CUSTOM MEATS, INC.** ,                    Case No. _____
                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**               Case No. _____

                                      Debtor(s)        Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **32**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 30, 2012**                        Signature   **/s/ Joseph F. Casper**

                                                                     **Joseph F. Casper**

                                                                        **President**

     *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**         Case No. _____

                                   Debtor(s)       Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,419,694.00** | **2011: sales** |
| **$1,551,581.00** | **2010: sales** |
| **$4,302,878.00** | **2009: sales** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Abbyland Packing**<br>**PO Box 88840**<br>**Milwaukee, WI 53288** | **10/28/11 - 9224.85**<br>**11/04/11 - 13056.60** | **$22,281.45** | **$31,060.89** |
| **City of Chicago**<br>**Department of Water Management**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330** | **11/11/11** | **$6,732.07** | **$0.00** |
| **Ramarc Foods**<br>**PO Box 679**<br>**Orland Park, IL 60462** | **10/28. 11/4,11/7, 11/11,**<br>**11/22, 11/29** | **$161,693.73** | **$35,481.11** |
| **Sherwood Food Distributors**<br>**12499 Evergreen Road**<br>**Detroit, MI 48228** | **11/1/11** | **$15,712.74** | **$27,316.32** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Marcella Lee**<br>**807 Oakwood Lane**<br>**Westmont, IL 60559**<br>   **partial common ownership (Marty and Frank Casper)** | **2-11-11 through 20-24-11 partial rent payments for building rent** | **$42,800.00** | **$168,200.00** |
| **Martin Casper**<br>**9329 Dralle Road**<br>**Frankfort, IL 60423**<br>   **salary** | **1/14/11** | **$2,200.00** | **$0.00** |
| **Joseph Casper and Martin Casper**<br>**9329 Dralle Rd**<br>**Frankfort, IL 60423**<br>   **owners** | **2/11/11 - 11/28/11** | **$31,426.09** | **$250,737.00** |

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Frank Casper**<br>**1149 Mistwood Ln**<br>**Downers Grove, IL 60515**<br>   **1/3 owner** | **2/11/11 through 6/24/11** | **$27,103.29** | **$941,069.00** |
| **Joseph Casper**<br>**9329 Dralle Rd**<br>**Frankfort, IL 60423**<br>   **1/3 owner** | **2011 salary and expenses** | **$69,202.05** | **$1,119.00** |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Grant Park Sausage, Inc. v. Cattlemen's Custom Meats, Inc.**<br>**2012 L 05011** | **breach of contract** | **Cook County, Illinois** | **judgment entered. Citations issued.** |
| **Personnel Staffing Group, LLC v. Cattlemen's Custom Meats, Inc.**<br>**2012L000281** | **breach of contract** | **Circuit Court of Cook County** | **pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

**None** ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

**None** ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

**None** ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **December 5, 2011** | **$4,500** |

## 10. Other transfers

**None** ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None** ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cattleman's Custom Meats, Inc.** | 74-3146730 | **1214 E 95th Street Chicago, IL 60619** | **Custom processing and packaging of meat for use in retail stores and further distribution in the food service sector.** | **August, 2005 to December, 2011** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                         ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Perry C. Hareas, CPA**<br>**4920 N. Fairfield Avenue**<br>**Chicago, IL 60625-2720** | **2008 - present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BizCapital**<br>**7733 Forsyth Blvd.**<br>**Saint Louis, MO 63105** | |
| **MB Financial**<br>**800 W. Madison St.**<br>**Chicago, IL 60607** | |
| **Signature Bank**<br>**6400 Northwest Highway**<br>**Chicago, IL 60631** | |
| **Capital Resource Associates**<br>**678 Clear Creek Drive**<br>**Osprey, FL 34229** | |

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **September 16, 2011** | **company employees** | **$255,170 - lower of cost or market** |

8

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **August 19, 2011** | **company employees** | **$382,100 - lower of cost or market** |

None
☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 16, 2011** | **Debtor** |
| **August 19, 2011** | **Debtor** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Joseph F. Casper**<br>**9329 W. Dralle Road**<br>**Frankfort, IL 60423** | **President** | **33.33 % shareholder** |
| **Frank Casper**<br>**1149 Mistwood Lane**<br>**Downers Grove, IL 60515** | | **33.34 % shareholder** |
| **Martin Casper**<br>**807 Oakwood Drive**<br>**Westmont, IL 60559** | | **33.33 % shareholder** |

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 30, 2012**                            Signature    **/s/ Joseph F. Casper**
                                                                     **Joseph F. Casper**
                                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 30, 2012**

**/s/ David R. Brown**
**David R. Brown**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **CATTLEMEN'S CUSTOM MEATS, INC.**                                          Case No.
                                                    Debtor(s)            Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **123**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 30, 2012**                        **/s/ Joseph F. Casper**

                                                    **Joseph F. Casper/President**
                                                    Signer/Title

3M
2807 Paysphere Circle
Chicago, IL 60674


A-I Compressor Corp
679 W Winthrop
Addison, IL 60101


Abbyland Packing
PO Box 88840
Milwaukee, WI 53288


Able Sewer
3024 E 79th Street
Posen, IL 60469


Accurate Scale
1735 W 38th Street
Chicago, IL 60609


AI-Amin Brothers
PO Box 3176
Carol Stream, IL 60132


Aileys Welding
PO Box 429
Crescent City, IL 60928


Alden Logistics
416 Akron Ave
Stuart, FL 34994


Allied Packaging
133 N 25th Ave
Melrose Park, IL 60160


American Credit Systems
400 West Lake Street
Suite 111
Roselle, IL 60172


American Pride Mechanical
PO Box 5958
Elgin, IL 60121

Anderson Pest Control
PO Box 600670
Jacksonville, FL

Antler Trucking
3001 Broadway
Saint Louis, MO 63147

Applied Industrial
22510 Network Place
Chicago, IL 60673

Ashland Cold Storage
65 S Barrington Rd
Carpentersville, IL 60110

ATT
PO Box 8100
Aurora, IL 60507

Beacon Trucking
12527 Portland Avenue
Thiensville, WI 53092

Biro of Chicago
4637 W. Fullerton
Chicago, IL 60639

Biz Capital
909 Poydras Street
Suite 2230
New Orleans, LA 70112

Biz Capital
909 Poydras Street
Suite 2230
New Orleans, LA 70112

Biz Capital
909 Poydras Street
Suite 2230
New Orleans, LA 70112

Budreck Trucking
8040 S Roberts Rd
Bridgeview, IL 60455


Busch LLC
PO Box 100602
Atlanta, GA 30384


BW Plastics
1620 Ave J
Council Bluffs, IA 51502


Calument Diversified
PO Box 5997
Carol Stream, IL 60197


Carter A. Korey
Korey Cotter Heather & Richardson
20 S. Clark St., Suite 500
Chicago, IL 60603


Castle & Cook Cold Storage
450 Central Ave
University Park, IL 60484


CH Robinson World Wide
PO Box 9121
Stetsonville, WI 54480


Chartis
22427 Network Place
Chicago, IL 60673


Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington, DE 19850-5298


Chicago Department of Buildings
120 N Racine
Chicago, IL 60607


Cintas
PO Box #5
Bedford Park, IL 60499

Coface Collections
2400 Veterans Blvd.
Suite 300
Kenner, LA 70062


Com Ed
Bill Payment Center
Chicago, IL 60674


Cozzini Brothers
350 Howard Ave
Des Plaines, IL 60018


Creative Foods
1951 W 21st Street
Broadview, IL 60155


Crest Mark Bank
5480 Corporate Drive
Suite 350
Troy, MI 48098


Dennis E. Brown
Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201-1672


Dennis E. Brown
Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201-1672


Don Levy Labs
11165 Delaware Parkway
Crown Point, IN 46307


Edict Systems
PO Box L 3115
Columbus, OH 43260


Ettlinger Corp
175 Old Half Day
Suite 247
Elk Grove Village, IL 60009

Excalibur Seasonings
1800 Riverway
Pekin, IL 61554


Fastenal
PO Box 978
Winona, MN 55987


Federal Express
3875 Airways, Module H3
Dept. 4634
Memphis, TN 38116


Fox De Luxe Foods
370 N Morgan
Chicago, IL 60607


Frank Casper
1149 Mistwood Ln
Downers Grove, IL 60515


Frontier Trust
1126 Westtrac Drive
Fargo, ND 58103


G&J Trucking
24950 Ridgeland
Monee, IL 60449


Geneva Lakes Cold Storage
PO Box 3036
Milwaukee, WI 53201


Gonzales Trucking
3915 W 77th Street
Chicago, IL 60652


Grange Mutual
PO Box 88017
Chicago, IL 60680


Grant Park Custom Meats
3434 Runge
Franklin Park, IL 60131

Great American Finance
20 North Wacker Drive
Suite 2275
Chicago, IL 60606


Great American Finance, LLC
20 North Wacker Drive
Suite 2275
Chicago, IL 60606


Greenberg, Grant & Richards, Inc.
5858 Westheimer Road
Suite 300
Houston, TX 77057


Hi Teck Label
PO Box 37712
Frankfort, IN 46041


House of Adjustments, Inc.
715 Mamaroneck Ave.
Mamaroneck, NY 10543-0780


In Pro Graphics
1142 Birchdale Lane
Aurora, IL 60504


Innovative Packaging
1849-B Elmdale Ave
Glenview, IL 60026


Intertech Supplies
802 East Fairmont Street
Allentown, PA 18109


J&D Brokerage
PO Box 1218
Bedford Park, IL 60499


J&L Fasteners
680 Banbury Way
Bolingbrook, IL 60440

Jason"s Foods
208 E Hellen Rd
Palatine, IL 60067


Jaymar Realty, Inc.
1214 E 95th Street
Chicago, IL 60619


Joseph & Martin Casper
9329 Dralle Road
Frankfort, IL 60423


Joseph Casper
9329 Dralle Rd
Frankfort, IL 60423


Joseph J. Tenaglia
Slater, Tenaglia, Fritz & Hunt
PO Box 95000
Philadelphia, PA 19195-4370


Josh J. Reinert
Carmody McDonald
120 S. Central Ave., Suite 1800
Saint Louis, MO 63105-1705


Joshua A. Salzman
813 W Randolph Street
Suite 200
Chicago, IL 60607


Kaluzny Brothers
1528 Mound Road
Joliet, IL 60436


Kelles Transport
PO Box 71718
Salt Lake City, UT 84171


Level Industries
123 N Stanton Lane
Mount Prospect, IL 60056

Lighthouse Printing
8940 W 192nd Street
Mokena, IL 60448


Louis A. Weinstock
223 W. Jackson Blvd.
Suite 512
Chicago, IL 60606


Marcella Lee
807 Oakwood Lane
Westmont, IL 60559


Marcella Lee, LLC
807 Oakwood
Westmont, IL


Mass Mutual
115 South LaSalle Street
Chicago, IL 60602


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Metro Water Reclamation
Lockbox 98429
Chicago, IL 60693


MJW Partners
101 N Wacker Drive
Suite 101
Chicago, IL 60606


Most Valuable Personnel
666 Dundee Rd
Suite 201
Northbrook, IL 60062


Nationwide Recovery Systems
2304 Tarpley Drive
Suite 134
Carrollton, TX 75006

North South Bencoi
3374 Sterling Ridge Ct
Longwood, FL 32779


North South Protein
3373 Sterling Ridge Ct
Longwood, FL 32779


OSS Services
PO Box 6500
Dept 101
Chicago, IL 60680


Packall
2 Shaftsbury Lane
Brampton Ontario Ca


Pat Glim
16725 Leclaire
Oak Forest, IL 60452


Peoples Energy
Chicago, IL 60687


Perishable Distribution Systems
7501 Industrial Drive
Forest Park, IL 60130


Perry Hereas CPA
PO Box 25127
Chicago, IL 60625


Pitney Bowes
PO Box 856390
Louisville, KY 40285


Polar Tech
415 E Railroad
Genoa, IL 60135


Ramarc Foods
PO Box 679
Orland Park, IL 60462

React Computers
612 Executive Drive
Willowbrook, IL 60527


Receivables Control Corp
7373 Kirkwood Court,
Suite 200
Minneapolis, MN 55369


Robert Reiser
725 Dedham Street
Canton, MA


Ross Industries
5321 Midland Road
Midland, VA 22728


S.A.L. Meats, Inc
3730 Westlake Court
West Lafayette, IN 47906


S.A.L. Meats, Inc
3730 Westlake Court
West Lafayette, IN 47906


Scientific Control Labs
3158 S Kolin Ave
Chicago, IL 60623


Security Services
1616 East Roosevelt Road
Suite 12
Wheaton, IL 60187


Sherwood Foods
12499 Evergreen Road
Detroit, MI 48228


Signature Bank
6400 N. Northwest Hwy
Chicago, IL 60631

Small Business Administration
500 W. Madison Street
Suite 1150
Chicago, IL 60661


Small Business Administration
500 West Madison Street
Suite 1150
Chicago, IL 60661


Stap Inc
370 N Morgan
Chicago, IL 60607


Steve Krones
1134 E 2100 North Rd
Danforth, IL 60930


Steven D. Gerler, Esq.
415 N. LaSalle Street
Suite 402
Chicago, IL 60654


Swisher
PO Box 473526
Charlotte, NC 28247


Teller Levit & Silvertrust
11 E. Adams St. #800
Chicago, IL 60603


United Commercial Collections
4455 Genesee Street
Buffalo, NY 14225


UPS
28013 Network Place
Chicago, IL 60673


USDA
PO Box 979001
Saint Louis, MO 63197

Versa Cold
W8876 County Hwy X
Darien, WI 53114


Voss Equipment
PO Box 757
Bedford Park, IL 60499


Waste Management
PO Box 9001054
Louisville, KY 40290


Web Enterprise Solutions
4N129 Ferson Creek Road
Saint Charles, IL 60174


Weinstein Wholesale Meats, Inc.
7501 Industrial Drive
Forest Park, IL 60130


Welch Packaging
24775 Network Place
Chicago, IL 60673


Wetoska Packaging
PO Box 112
Evanston, IL 60204


Williams Consulting
668 NE Rushbrook Dr
Lees Summit, MO 64064


Zep Manufacturing
13237 Collections Center
Chicago, IL 60693

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **CATTLEMEN'S CUSTOM MEATS, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CATTLEMEN'S CUSTOM MEATS, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 30, 2012

Date

**/s/ David R. Brown**

**David R. Brown**

Signature of Attorney or Litigant
Counsel for   **CATTLEMEN'S CUSTOM MEATS, INC.**

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**